UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CARR ENTERPRISES INC DBA ABC PRINTING, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:21-CV-00129 |
| ACADIA INSURANCE COMPANY, | § § § | |
| *Defendant*. | § | |

## JOINT NOTICE OF SETTLEMENT

Carr Enterprises Inc dba ABC Printing, Plaintiff, and Acadia Insurance Company, Defendant, have reached a settlement in principle for this matter.

Plaintiff and Defendant need time to finalize the settlement documents and will submit a Joint Motion to Dismiss with Prejudice as to all parties, all claims, all causes of action and the entire case within thirty (30) days, contingent on completion of the settlement.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
**DUGAS & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:    (817) 945-3061
Facsimile:    (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**

                                                           */s/ Jennifer G. Martin (with permission)*
                                                           Jennifer G. Martin
                                                           State Bar No. 00794233
                                                           jennifer.martin@wilsonelser.com
                                                           Jeffrey D. Hill
                                                           Jeffrey.hill@wilsonelser.com
                                                           State Bar No. 24089223
                                                           **WILSON ELSER MOSKOWITZ**
                                                           **EDELMAN & DICKER, LLP**
                                                           901 Main Street, Suite 4800
                                                           Dallas, Texas 75202-3758
                                                           Telephone:    (214) 698-8000
                                                           Facsimile:     (214) 698-1101

                                                           **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

       I hereby certify that on December 7, 2022, a true and correct copy of the foregoing was served on all counsel of record pursuant to Federal Rule of Civil Procedure 5(b), as follows:

*via e-service*
Jennifer G. Martin
State Bar No. 00794233
jennifer.martin@wilsonelser.com
Jeffrey D. Hill
Jeffrey.hill@wilsonelser.com
State Bar No. 24089223
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Telephone:    (214) 698-8000
Facsimile:     (214) 698-1101

**ATTORNEYS FOR DEFENDANT**

                                                           */s/Vincent P. Circelli*
                                                           Vincent P. Circelli