UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00129

**Carr Enterprises Inc. d/b/a ABC Printing,**
*Plaintiff,*

v.

**Acadia Insurance Company,**
*Defendant.*

# ORDER

On January 10, 2023, the parties filed a document purporting to be a joint motion to dismiss with prejudice. Doc. 52. The document, however, was signed by all parties who have appeared. The court therefore construes the motion as a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, further action by the court is unnecessary. This case is dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on January 11, 2023.*

J. CAMPBELL BARKER
United States District Judge